UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
* * * * * * * * * * * * * * * * * *

IN RE: **James E. Holland**       :       **Case No: 15-11215**

      **Cynthia A. Holland**       :

      **Debtors**       :       **Chapter 7**

## FINAL REPORT AND AMENDED SCHEDULES  PURSUANT TO BANKRUPTCY RULE 1019 AND STATEMENT OF INTENT

1.      NOW INTO COURT, through undersigned counsel comes  **James E. Holland and Cynthia A. Holland**, Debtor(s) herein, who file the schedules required by Bankruptcy Rule 1019 which are summarized as follows:

     **A.**      **SCHEDULE OF PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE AND ACQUIRED AFTER THE FILING OF THE ORIGINAL PETITION BUT BEFORE ENTRY OF THE CONVERSION ORDER.**

         N/A

     **B.**      **SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED AFTER THE FILING OF THE ORIGINAL PETITION BUT BEFORE ENTRY OF CONVERSION ORDER.**

         N/A

     **C.**      **SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13.**

         <u>Creditor Name, Address & Account Number</u>         <u>Amount Owed</u>

         NONE

**D.    STATEMENT OF INTENTIONS (Surrender, Reaffirm, Redeem, etc.)**

| Creditor | Collateral | Intention |
|---|---|---|
| American Honda Finance<br>1220 Old Alpharetta Rd S<br>Alpharetta GA 30005 | 2010 War Eagle Boat, 2012 Honda Motor, 2010 Waco Trailer | To be surrendered |
| Cap1/ymaha<br>Po Box 5253<br>Carol Stream IL 60197 | 2006 Yamaha Four Wheeler &<br>2007 Yamaha Four Wheeler | To be surrendered |
| Capital One<br>Attn:Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130 | 146 Minden Road<br>Coushatta, LA 71019<br>Mobile Home and One Acre of Land | To be surrendered |
| Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano TX 75093 | 2010 Ford Edge | To be surrendered |

2.    Attached are the appropriate Amended Schedules required by the Order Converting the Case in Bankruptcy Rule 1019.

| | |
|---|---|
| Debtor 1 | **James E. Holland** |
| | First Name          Middle Name         Last Name |
| Debtor 2 | **Cynthia A. Holland** |
| (Spouse if, filing) | First Name          Middle Name         Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | **15-11215** |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ **creditors have claims secured by your property, or**
- ■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **American Honda Finance**<br><br>Description of property securing debt: **2010 War Eagle Boat, 2012 Honda Motor, 2010 Waco Trailer (To be surrendered)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Cap1/yamaha**<br><br>Description of property securing debt: **2006 Yamaha Four Wheeler (To be surrendered)**<br><br>**2007 Yamaha Four Wheeler (To be surrendered)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Capital One**<br><br>Description of **146 Minden Road Coushatta, LA** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

15-11215 - #39  File 01/07/16  Enter 01/07/16 11:04:02  Main Document  Pg 3 of 7

| property securing debt: | **71019 Red River County Mobile Home and One Acre of Land** | ☐ Retain the property and [explain]: |
|---|---|---|

| Creditor's name: | **Capital One Auto Finance** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2010 Ford Edge VIN 2FMDK3JC4ABB02290 Mileage 89,102** | | |

**Part 2:**   **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Part 3:**    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| | |
|---|---|
| **X**   /s/ James E. Holland | **X**   /s/ Cynthia A. Holland |
| **James E. Holland** | **Cynthia A. Holland** |
| Signature of Debtor 1 | Signature of Debtor 2 |

Date     **January 7, 2016**          Date     **January 7, 2016**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

3.  **DECLARATION UNDER PENALTY OF PERJURY BY DEBTOR(S)**

I declare under penalty of perjury that I have read the amended schedules pursuant to Bankruptcy Rule 1019.  They are true and correct to the best of my knowledge, information and belief.

Dated: January 7, 2016

SIMON, FITZGERALD, COOKE, REED & WELCH

/s/ L. Laban Levy

By:_____
L. Laban Levy, #28658
4700 Line Avenue, Suite 200
Shreveport, Louisiana 71106-1546
(318) 868-2600
ATTORNEY FOR DEBTOR

/s/ James E Holland

_____
Debtor: James E Holland

/s/ Cynthia A. Holland

_____
Co-Debtor: Cynthia A. Holland

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

* * * * * * * * * * * * * * * * * *

**IN RE:** James E. Holland        :            Case No: 15-11215

         Cynthia A. Holland      :

         Debtors              :            Chapter 7

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing "Final Report, Amended Schedules Pursuant to Bankruptcy Rule 1019 and Statement of Intent (if any)" has this day been served on:

Office of the U.S. Trustee
Federal Building
300 Fannin St.
Shreveport, LA 71101

Mr. and Mrs. Holland
146 Minden Road
Coushatta, LA 71019

Mr. John S. Hodge
P.O. Box 13
Shreveport, LA 71161

by placing same in the United States mail, postage pre-paid.

Shreveport, Louisiana, this 7th day of January, 2016

/s/Ashley Miller

_____

Ashley Miller,
Legal Assistant to L. Laban Levy